## SCHWARTZ *v.* CIGAR MAKERS INTERNATIONAL UNION.

This case is controlled by *Schwartz* v. *Wayne Circuit Judge,* 217 Mich. 384.

Appeal from Wayne; Driscoll (George O), J., presiding.   Submitted June 13, 1922.   (Docket No. 2.)   Decided July 20, 1922.

Bill by Bernard Schwartz and others, copartners as Bernard Schwartz & Sons, against the Cigar Makers International Union and others to enjoin picketing. Defendants filed a cross-bill asking for specific performance of a contract of employment.   From a decree for defendants, plaintiffs appeal.   Reversed, and decree entered for plaintiffs.

*Benjamin & Betzoldt* (*J. O. Murfin,* of counsel), for plaintiffs.

*Beckenstein & Wienner,* for defendants.

CLARK, J.   Plaintiffs, manufacturers of cigars, filed this bill to enjoin picketing by defendants' striking employees.   The unions into which the employees were organized were also made defendants.   Defendants filed a cross-bill seeking specific performance of a claimed agreement for hiring between the parties. Defendants had decree.

The facts are stated sufficiently in *Schwartz* v. *Wayne Circuit Judge,* 217 Mich. 384, and it follows from what we there said that defendants are not entitled to relief on their cross-bill.   And under the following authorities plaintiffs should have had decree:   *Beck* v. *Protective Union,* 118 Mich. 497 (42 L. R. A. 407, 74 Am. St. Rep. 421) ; *Ideal Manfg. Co.* v. *Wayne Circuit Judge,* 139 Mich. 92; *Ideal Manfg. Co.* v. *Ludwig,* 149 Mich. 133 (119 Am. St. Rep. 656) ; *Escanaba Manfg. Co.* v. *Labor Council,* 160 Mich. 656; *Baldwin* v. *Liquor Dealers Ass'n,* 165 Mich. 98; *Baltic Mining Co.* v. *Houghton Circuit Judge,* 177 Mich. 632; *In re Langell,* 178 Mich. 305; *Clarage* v. *Luphringer,* 202 Mich. 612; *American Steel Foundries* v. *Tri-City Central Trades Council,* U. S. Adv. Ops. 1921-22, 103.

Reversed.   Plaintiffs may have decree for the relief they prayed, with costs.

FELLOWS, C. J., and WIEST, MCDONALD, BIRD, SHARPE, MOORE, and STEERE, JJ., concurred.